COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:        01-14-00964-CV

Style:        In re TMX Finance of Texas, Inc.; TitleMax of Texas, Inc.; and TMX

Finance LLC

Date motions filed[*]:        December 16, 2014

Type of motions:        Unopposed Motions for *Pro Hac Vice* Admissions of Sarah Powers

and Christina L. Goebelsmann; Unopposed Motions in Support of

*Pro Hac Vice* Admissions of Non-Resident Attorneys (Powers and

Goebelsmann)

Parties filing motions:        Real Parties in Interest

Document to be filed:        N/A

Is appeal accelerated?        Yes

Ordered that motions are:

   ☑ Granted

      If document is to be filed, document due:  N/A

   ☐ Denied

   ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

   ☐   Other: _____

_____

_____

_____

_____

Judge's signature: /s/ Evelyn V. Keyes_____

      ☑ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date:  December 23, 2014_____

November 7, 2008 Revision